Gregory L. Abbott, OSB 93196
email: gregabbott@comcast.net
Attorney at law
6635 North Baltimore Street, Suite 206-M
Portland, Oregon 97203
Telephone: (503) 283-4568
Facsimile: (503) 283-4586
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| JOAN HADDIX, | Case No. 3:08-CV-0159-ST |
| Plaintiff, | **JUDGMENT OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| v. | |
| ACCOUNT CONTROL TECHNOLOGY, INC., a Foreign Corporation | |
| Defendant, | |

Based upon stipulated motion by the parties herein, it is hereby *ADJUDGED* that all claims against the defendant are *DISMISSED WITH PREJUDICE*, and without any award of costs or attorneys fees to either party.

DATED this 21 Day of April, 2008.

_____
The Honorable Janice M. Stewart
U.S. District Court Magistrate Judge

PAGE 1 - **JUDGMENT OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**